**HARLAN COLLIERIES COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 9509.**

Circuit Court of Appeals, Sixth Circuit. April 12, 1944.

Charles I. Dawson and James E. Fahey, both of Louisville, Ky., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Charles E. Lowery, A. F. Prescott, and F. E. Youngman, all of Washington, D. C., for respondent.

454

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the Tax Court of the United States, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged and decreed by this Court that the decision of the said Tax Court in this cause be and the same is hereby reversed and the cause remanded for further proceedings upon the authority of the opinion this day filed in Cornett-Lewis Coal Co. v. Commissioner of Internal Revenue, 6 Cir., 141 F.2d 1000.